# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00595-CV

### RCBS, LP, Appellant

### v.

### ERO International, LLP; Daniel Block; and Halff Associates, Inc., Appellees

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
### NO. D-1-GN-07-001442, HONORABLE SCOTT H. JENKINS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant RCBS, LP, has filed a motion to voluntarily dismiss its appeal against appellees ERO International, LLP; Daniel Block; and Halff Associates, Inc,. pursuant to a settlement agreement between the parties. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

 

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Puryear and Pemberton

Dismissed on Appellant's Motion

Filed:   April 15, 2009